ERWIN S. PLUMB, as Trustee in Bankruptcy of WILLIAM J. YOUNG, Appellant, *v.* LYELL AVENUE LUMBER COMPANY, Respondent.

*Plumb* v. *Lyell Ave. Lumber Co.*, 145 App. Div. ——, affirmed.
(Argued June 1, 1911; decided June 16, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial

department, entered May 10, 1911, which affirmed an order of an Equity Term striking the above-entitled action from its calendar and directing its trial by a jury in an action to set aside an alleged fraudulent transfer of property from the bankrupt to the defendant.

The following question was certified: "Is this action triable by a jury as a matter of right upon the demand of the defendant?"

*Nelson E. Spencer* for appellant.

*William N. Cogswell* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.